```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-11-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANERA CABA,

                Plaintiff,

      v.

SHERENA L. RAZAK,

                Defendant.

19-CV-8715 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      According to the docket, a mediation conference in this case was scheduled for May 28, 2020. Pursuant to the Court's March 6, 2020 Order, the parties were required to jointly submit a letter updating the Court as to the status of the case within one week of mediation. Dkt. 11. No later than June 18, 2020, the parties shall jointly file a letter as to the status of this case, including whether the medication conference was held and if so, whether it was successful in resolving any issue in this action.

SO ORDERED.

Dated:    June 11, 2020
              New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge